In the Matter of SAMUEL A. NASH et al., Individually and as Executors of SAMUEL Y. NASH, Deceased, Appellants, against THOMAS M. LYNCH et al., Constituting the State Tax Commission, Respondents.

(Argued March 17, 1930; decided April 1, 1930.)

*Edward H. Pattison, Joseph F. McCloy, John L. McMaster* and *Leo Brady* for appellants.

*Hamilton Ward, Attorney-General* (*Henry S. Manley* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and Hubbs, JJ.